UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2013 AUG 21 PM 4: 09

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MIRCA YESENIA MEZA-LOPEZ (2),

        Defendant.

CASE NO. 13CR2962-BEN

BY _____ DEPUTY

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

21:652 and 960; 18:2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 21, 2013

Nita L. Stormes
U.S. Magistrate Judge